**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Alex Belfi | : | |
| Debtor. | : | Case No. 21-13309-AMC |

## ORDER

AND NOW, upon consideration of the *Debtor's Motion to Vacate Order Granting Dismissal of the Chapter 7 Case* ("the Motion"), and the request for an expedited hearing thereon, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **DENIED.**

2. Moving counsel shall schedule a hearing to consider the Motion in the normal course of business.

Dated: February 2, 2022

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge