**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
|     Alex Belfi : | Chapter 13 |
| : | Case No.: 21-13309-AMC |
|     Debtor(s) : | |

## **MOTION TO REOPEN CASE**

The Debtor through their undersigned Counsel humbly request that this Honorable Court grant the Debtor's Motion to Reopen Case and avers the following.

1. Alex Belfi ("Debtor") filed a Bankruptcy Petition under Chapter 7 of the Bankruptcy Code on December 16, 2021.

2. On December 17, 2021, Terry P. Dershaw, was appointed the Chapter 7 Trustee (the "Trustee").

3. On April 20, 2022, the Trustee filed the Report of No Distribution, and on June 24, 2022, the Court approved the Report, discharged the Trustee, and closed the case.

4. On or about July 7, 2021 through his counsel Saiontz & Kirk P.A., the debtor was a participant in the class action lawsuit known as "3M Combat Arms Earplugs/CAWv2 Case".

5. The Debtor failed to list any proceeds on Schedule B of the instant Chapter 7 Bankruptcy matter.

6. Due to the nature of the class action litigation, Debtor had limited involvement and was not in expectation of any proceeds resulting from the class action lawsuit.

7. Accordingly, the Debtor neglected to include the lawsuit in his original filings and failed to amend the schedules to include the class action filing.

8. It has recently come to Debtor's Counsel's attention that Debtor's settlement award is estimated to be in the range of $118,551.00 to $276,619.00.

9.      It is requested that the instant Chapter 7 Bankruptcy matter be reopened so the class action lawsuit settlements can be distributed to creditors based on their claims and for Debtor to amend schedules and exempt his proceeds.

WHEREFORE, Debtors respectfully requests that their Motion to Reopen Case be granted.

Dated: August 20, 2024                /s/ Brad J. Sadek
Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
(215) 545-0008
brad@sadeklaw.com

*Counsel to the Debtor*