**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Alex Belfi | : | Chapter 13 |
| | : | Case No.: 21-13309-AMC |
|     Debtor(s) | : | |

## O R D E R

AND NOW, this _____ day of _____, 2024, upon consideration of Debtors' Motion to Reopen Case and any timely responses thereto, it is now, therefore,

ORDERED that the Motion is GRANTED, and THIS CASE IS HEREBY REOPENED, and the U.S. Trustee shall appoint a trustee forthwith.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE